**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHAEL SPRINGS,            )<br>                                         )<br>            Plaintiff,         )<br>                                         )<br>     vs.                            )<br>                                         )<br>CLARK COUNTY SHERIFF, )<br>                                         )<br>            Defendant.        )<br>_____) | 2:07-cv-01476-RCJ-GWF<br><br>**ORDER** |

Before this Court for consideration is the Findings and Recommendation from Magistrate Judge George W. Foley, entered August 6, 2008 (#16). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Findings and Recommendation of the United States Magistrate Judge entered August 6, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendation (#16) be affirmed and adopted and that Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983 (#4) shall be **dismissed** based on Plaintiff's failure to inform the Court of a change in address.

DATED: August 27, 2008

_____
UNITED STATES DISTRICT COURT